IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANKS.COM, INC,

  Plaintiff,

 v.

ANDREW KEERY, an individual, ROBERT HOULT, an individual, DALE GIESSMAN, an individual, MOXIESEARCH.COM, an entity form unknown, PROSTREAMMEDIA.COM, INC., an entity form unknown, and DOES 1 through 50, inclusive,

  Defendants.
             /

No. C 09-06039 WHA

**ORDER REGARDING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Counsel have filed a stipulation seeking an order continuing the April 8, 2010, case management conference by two weeks due to lead trial counsel for defendants Hoult and Moxiesearch.com having "pre-paid" travel plans. The stipulation, however, points to a "Redmond Declaration" that was not filed alongside counsel's stipulation. Please file this declaration **BY NOON ON FEBRUARY 24, 2010**.

**IT IS SO ORDERED.**

Dated: February 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE