IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKS.COM, INC, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW KEERY, an individual, ROBERT HOULT, an individual, DALE GIESSMAN, an individual, MOXIESEARCH.COM, an entity form unknown, PROSTREAMMEDIA.COM, INC., an entity form unknown, and DOES 1 through 50, inclusive, <br><br> Defendants. / | No. C 09-06039 WHA <br><br> **ORDER REGARDING ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Counsel have filed a stipulation seeking an order continuing the April 8, 2010, case management conference by two weeks due to lead trial counsel for defendants Hoult and Moxiesearch.com having "pre-paid" travel plans. The stipulation, however, points to a "Redmond Declaration" that was not filed alongside counsel's stipulation. Please file this declaration **BY NOON ON FEBRUARY 24, 2010**.

**IT IS SO ORDERED.**

Dated: February 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE