IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANKS.COM INC.,

    Plaintiff,

v.

ANDREW KEERY, an individual, ROBERT HOULT, an individual, DALE GIESSMAN, an individual, MOXIESEARCH.COM, an entity form unknown, PROSTREAMMEDIA.COM, INC., an entity form unknown, and DOES 1 through 50, inclusive,

    Defendants.

No. C 09-06039 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Counsel's stipulation to continue the case management conference for two weeks is **DENIED**. The undersigned's own calendar makes it unfeasible for the continuance. Since defendants' lead counsel is unavailable, another Sheppard Mullin lawyer staffed on the case may attend in her absence.

    **IT IS SO ORDERED.**

Dated: February 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE