IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANKS.COM INC.,

    Plaintiff,

  v.

ROBERT HOULT, an individual, DALE GIESSMAN, an individual, MOXIESEARCH.COM, an entity form unknown, PROSTREAMMEDIA.COM, INC., an entity form unknown, and DOES 1 through 50, inclusive,

    Defendants.
                                      /

No. C 09-06039 WHA

**ORDER RE NOTICE OF SETTLEMENT**

      The Court acknowledges and thanks plaintiff for its notice of settlement between it and Dale Giessman but cautions that all deadlines, including the August 31 discovery deadline, remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: August 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE