EILEEN R. RIDLEY, BAR NO. 151735
 eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
 mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
 pwong@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA ST, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:   415.434.4484
FACSIMILE:    415.434.4507

ANDREW B. SERWIN, BAR NO. 179493
 aserwin@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA  92101-3542
TELEPHONE:   619-234-6655
FACSIMILE:    619-234-3510

ATTORNEYS FOR PLAINTIFF BANKS.COM, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BANKS.COM, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> ROBERT HOULT, AN INDIVIDUAL, DALE GIESSMAN, AN INDIVIDUAL, MOXIESEARCH.COM, AN ENTITY FORM UNKNOWN, PROSTREAMMEDIA.COM, INC., AN ENTITY FORM UNKNOWN, AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> DEFENDANTS. | CASE NO.: 3:09-CV-06039-WHA <br><br> [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF ROBERT HOULT AND MOXIESEARCH.COM <br><br> [FED R. CIV. P. 41(a)(1)(A)(ii)] <br><br> CASE FILED:  NOVEMBER 5, 2009 <br><br> CASE REMOVED:  DECEMBER 28, 2009 <br><br> JUDGE: HON. WILLIAM H. ALSUP |

**ORDER**

Pursuant to the foregoing stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT** this action and the claims of Plaintiff Banks.com, Inc., against Defendants Robert Hoult and Moxiesearch.com are dismissed with prejudice, with each party to the foregoing stipulation waiving any and all claims that were or could have been brought in this action against each other relating to the facts alleged in the complaint and each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

Date: _ August 27, 2010. _____

_____
HON. WILLIAM H. ALSUP
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA