IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANKS.COM INC.,

    Plaintiff,

  v.

ANDREW KEERY, an individual,
ROBERT HOULT, an individual, DALE
GIESSMAN, an individual,
MOXIESEARCH.COM, an entity form
unknown, PROSTREAMMEDIA.COM,
INC., an entity form unknown, and
DOES 1 through 50, inclusive,

    Defendants.
                                    /

No. C 09-06039 WHA

**ORDER SETTING**
***IN-COURT HEARING***
**RE PLAINTIFF'S**
**11/16/2010 LETTER**

The Court is in receipt of plaintiff's letter of November 16, 2010, requesting a telephone conference to explain why the dismissal cannot be filed in a timely manner following a settlement. Due to all counsel are located in downtown San Francisco and Berkeley, and the poor quality of the courtroom telephone, the Court will hold a hearing in court on **NOVEMBER 18 AT 2:45 P.M.** to discuss this issue.

**IT IS SO ORDERED.**

Dated: November 17, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE