IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKS.COM INC, | No. C 09-06039 WHA |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING TRIAL DATES** |
| ANDREW KEERY, an individual, ROBERT HOULT, an individual, DALE GEISSMAN, an individual, MOXIESEARCH.COM, an entity form unknown, PROSTREAMMEDIA.COM, INC., an entity form unknown, and DOES 1 through 50, inclusive | |
| Defendants. / | |

As stated at today's hearing, the trial previously scheduled for December 6, 2010 will instead take place on **DECEMBER 20, 2010**. The final pretrial conference is rescheduled to **NOON ON DECEMBER 16, 2010**.

**IT IS SO ORDERED.**

Dated: November 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE