EILEEN R. RIDLEY, BAR NO. 151735
  eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
  mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
  pwong@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA ST, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

ANDREW B. SERWIN, BAR NO. 179493
  aserwin@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA  92101-3542
TELEPHONE:  619-234-6655
FACSIMILE:  619-234-3510

ATTORNEYS FOR PLAINTIFF BANKS.COM, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BANKS.COM, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> ROBERT HOULT, AN INDIVIDUAL, DALE GIESSMAN, AN INDIVIDUAL, MOXIESEARCH.COM, AN ENTITY FORM UNKNOWN, PROSTREAMMEDIA.COM, INC., AN ENTITY FORM UNKNOWN, AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> DEFENDANTS. | CASE NO.: 3:09-CV-06039-WHA <br><br> **STIPULATED DISMISSAL WITH PREJUDICE OF DALE GIESSMAN AND PROSTREAMMEDIA.COM (ERRONEOUSLY SUED AS PROSTREAMMEDIA.COM, INC.)** <br><br> [FED R. CIV. P. 41(a)(1)(A)(ii)] <br><br> CASE FILED: NOVEMBER 5, 2009 <br><br> CASE REMOVED: DECEMBER 28, 2009 <br><br> JUDGE: HON. WILLIAM H. ALSUP |

IT IS HEREBY STIPULATED, by and between Plaintiff Banks.com, Inc. ("Banks.com"), and Defendants Dale Giessman ("Giessman") and ProStreamMedia.com, erroneously sued as, ProStreamMedia.com, Inc. ("ProStreamMedia.com"), by and through their respective counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action and the claims of Plaintiff Banks.com against Defendants Giessman and ProStreamMedia.com are dismissed with prejudice, with each party to this stipulation waiving any and all claims that were or could have been brought in this action against each other relating to the facts alleged in the complaint and each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATE: DECEMBER 7, 2010  **FOLEY & LARDNER LLP**
EILEEN R. RIDLEY
ANDREW B. SERWIN
MICHAEL A. NARANJO
PATRICK T. WONG

BY: /S/ EILEEN R. RIDLEY
EILEEN R. RIDLEY
PATRICK T. WONG
ATTORNEYS FOR PLAINTIFF BANKS.COM, INC.

DATE: DECEMBER 7, 2010  **WETTIG LAW FIRM**
GRETCHEN E. WETTIG

BY: /S/ GRETCHEN E. WETTIG
GRETCHEN E. WETTIG
ATTORNEYS FOR DEFENDANT DALE GIESSMAN.

DATE: DECEMBER 7, 2010  **FELDMAN LAW GROUP**
AARON R. FELDMAN

BY: /S/ AARON R. FELDMAN
AARON R. FELDMAN
ATTORNEYS FOR DEFENDANT DALE GIESSMAN.

EILEEN R. RIDLEY, BAR NO. 151735
  eridley@foley.com
MICHAEL A. NARANJO, BAR NO. 221449
  mnaranjo@foley.com
PATRICK T. WONG, BAR NO. 233222
  pwong@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
555 CALIFORNIA ST, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE:   415.434.4484
FACSIMILE:   415.434.4507

ANDREW B. SERWIN, BAR NO. 179493
  aserwin@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:   619-234-6655
FACSIMILE:   619-234-3510

ATTORNEYS FOR PLAINTIFF BANKS.COM, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BANKS.COM, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> ROBERT HOULT, AN INDIVIDUAL, DALE GIESSMAN, AN INDIVIDUAL, MOXIESEARCH.COM, AN ENTITY FORM UNKNOWN, PROSTREAMMEDIA.COM, INC., AN ENTITY FORM UNKNOWN, AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> DEFENDANTS. | CASE NO.: 3:09-CV-06039-WHA <br><br> [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF DALE GIESSMAN AND PROSTREAMMEDIA.COM (ERRONEOUSLY SUED AS PROSTREAMMEDIA.COM, INC.) <br><br> [FED R. CIV. P. 41(a)(1)(A)(ii)] <br><br> CASE FILED: NOVEMBER 5, 2009 <br><br> CASE REMOVED: DECEMBER 28, 2009 <br><br> JUDGE: HON. WILLIAM H. ALSUP |

1  **ORDER**

2  Pursuant to the foregoing stipulation of the parties, and good cause appearing,

3  **IT IS HEREBY ORDERED THAT** this action and the claims of Plaintiff Banks.com,

4  Inc., against Defendants Defendants Dale Giessman and ProStreamMedia.com, erroneously sued

5  as, ProStreamMedia.com, Inc., are dismissed with prejudice, with each party to the foregoing

6  stipulation waiving any and all claims that were or could have been brought in this action against

7  each other relating to the facts alleged in the complaint and each party to bear its own costs and

8  attorneys' fees.

9  **IT IS SO ORDERED**

11  Date: December 8, 2010.

  _____
  HONORABLE WILLIAM H. ALSUP
  JUDGE OF THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF CALIFORNIA